## JONES & WALDEN, LLC
ATTORNEYS AT LAW

699 PIEDMONT AVENUE NE
ATLANTA, GEORGIA 30308
TELEPHONE (404) 564-9300
FACSIMILE (404) 564-9301
WWW.JONESWALDEN.COM



Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

MAR 28 2022

By: _____
Deputy Clerk

RECEIVED

MAR 28 2022

Barbara Ellis-Monro
United States Bankruptcy Judge

March 22, 2022

The Honorable Barbara Ellis-Monro
Attn. Morgan Jackson-Flowers, Relief Courtroom Deputy
United States Courthouse, Chambers 1431
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Re: American Berber, Inc. v. Polymer Solutions Group Finance, LLC d/b/a Phoenix Chemical Company *et al.*, Adversary Proceeding No. 22-04002-bem
United States Bankruptcy Court, Northern District of Georgia

Dear Ms. Jackson-Flowers:

I represent and serve as counsel for American Berber, Inc., debtor and plaintiff in the above-styled Adversary Proceeding. Please let this letter serve as my request for a leave of absence in such case pursuant to BLR 9010-5(e) (the Local Rule). I respectfully request a leave of absence (and that matters not be placed on the calendar) during the following periods:

1) May 12, 2022 through May 13, 2022;
2) May 30, 2022 through June 6, 2022; and
3) June 17, 2022.

Pursuant to said Local Rule, I make this request for a leave of absence by letter directed to you, rather than by motion, because the period of the requested leave is less than 21 days.

To the best of my knowledge, information and belief, there is no hearing or other proceeding presently scheduled before the Court during the aforementioned period of time.

Please let me know if you have any questions or if I may be of other assistance.

Sincerely,

Leon S. Jones

Cc: Nathan DeLoatch, Esq.
Attorney for Defendants