

**IT IS ORDERED as set forth below:**

**Date: April 29, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE: <br><br> AMERICAN BERBER, INC., <br><br>  Debtor. | CASE NO. 19-41154-BEM <br><br> CHAPTER 11 |
| AMERICAN BERBER, INC., <br><br>  Plaintiff, <br><br> v. <br><br> POLYMER SOLUTIONS GROUP FINANCE, LLC d/b/a Phoenix Chemical Company and JB PCC, INC. f/k/a Phoenix Chemical Company, Inc., <br><br>  Defendants. | ADVERSARY PROCEEDING NO. 22-4002-BEM |

## SCHEDULING ORDER

On April 28, 2022, the parties filed a *Report of Rule 26(f) Conference and Request for Scheduling Order*. [Doc. 11]. Having read and considered the Report, it is ORDERED that

deadlines in the Report are APPROVED and incorporated herein as the Scheduling Order for this proceeding.

**END OF ORDER**

## Distribution List

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Thomas T. McClendon
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Nathan T. DeLoatch
Troutman Pepper Hamilton Sanders LLP
Suite 3000
600 Peachtree St. NE
Atlanta, GA 30308